**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

LUIS ALFREDO GARCIA
BUSTILLO,

Petitioner,

v. Case No. 2:26-cv-3118-MSN-atc

CHRISTOPHER BULLOCK,

Respondent.

---

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**

---

Petitioner, an alien detained at the West Tennessee Detention Facility in Mason, Tennessee, filed a Petition for Writ of Habeas Corpus (ECF No. 1, "Petition"). Petitioner has now filed a Motion for Voluntary Dismissal (ECF No. 6, "Motion") because he has been deported and states his Petition "is effectively moot." (*Id.*) The Court find the Motion well-taken, and it is **GRANTED**. The Petition (ECF No. 1) is **DISMISSED AS MOOT**. Judgment will be entered accordingly.

**IT IS SO ORDERED**, this 28th day of September, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE